United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IURII GLUSHENKOV, | § | |
| | § | |
| Petitioners, | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00722 |
| | § | |
| WARDEN, WEBB COUNTY DETENTION CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's motion for voluntary dismissal without prejudice. (D.E. 15). The Government is unopposed. (D.E. 16, p. 1). "[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court hereby deems Petitioner's request effective, **GRANTS** Petitioner's motion to dismiss, (D.E. 15), and **DISMISSES without prejudice** Petitioner's habeas petition. (D.E. 1). The Court **DENIES as moot** any pending motions and **ORDERS** the Clerk of Court to **CLOSE** this case. The Parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 21st, 2026